UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN PEREZ-GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.: 25-cv-02727-JO-DEB<br><br>**ORDER GRANTING THE AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND DISMISSING THE MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT** |

For the reasons stated on the record, the Court GRANTS the amended petition for writ of habeas corpus. [Dkt. 8]  The Court ORDERS Respondents to release Petitioner from custody within 24 hours of the posting of the $1,500 bond set by the July 21, 2025 order of the Immigration Judge.  *See* Dkt. 8, Ex. B.

Further, upon Petitioner's release, the Court ENJOINS Respondents from re-detaining Petitioner without first holding an individualized hearing before an Immigration Judge where the government bears the burden of proving a material change in circumstances rendering Petitioner a danger to the community or a flight risk that cannot reasonably be addressed by bond.  All Writs Act, 28 U.S.C. § 1651.

Respondents shall file a written declaration attesting to full compliance with these obligations. Respondents are ENJOINED from re-detaining Petitioner until 48 hours after filing the written declaration. The Court DISMISSES the motion for temporary restraining order as moot. [Dkt. 9]

**IT IS SO ORDERED**.

Dated: October 30, 2025

_____
Honorable Jinsook Ohta
United States District Judge